**RANDOLPH H. WOLF, ESQ.**
Counsellor at Law
214 Broad Street
P.O. Box 8938
Red Bank, NJ 07701
(732) 741-4448

Attorney for: Defendant(s) Stephen Ancier

| | |
|---|---|
| UNITED STATES,<br>Plaintiff(s),<br><br>vs.<br><br>STEPHEN ANCIER,<br>Defendant(s) | UNITED STATES DISTRICT COURT,<br>DISTRICT OF NEW JERSEY<br><br>Crim No. 09-201 (DMC)<br><br>Criminal Action<br><br>**CONSENT ORDER TO<br>TRANSPORT DEFENDANT** |

This matter having been opened to the Court by Randolph H. Wolf, Esq., attorney for Defendant(s) Stephen Ancier, Randolph H. Wolf, Esq., appearing; and the Court having considered the submissions of the parties; and good cause having been shown;

IT IS on this 28 day of May, 2009, ORDERED as follows:

1. The defendant, Stephen Ancier, is hereby ordered to be transported in the custody of the United States Marshall's Service from the Essex County Jail to visit his

1

father, William Ancier, in the Hospice Unit of Monroe Village, One David Brainerd Dr., Monroe Township, New Jersey.

2. The defendant shall bear the cost of the transportation and cost of the United States Marshall.

3. A copy of this Order shall be served upon each party or its attorney within 7 days of the date of its entry.

Dennis M. Cavanaugh, Judge, U.S. District Court

I hereby consent to the entry of this Order

By: _____
Randolph H. Wolf, Esq.
Attorney for Plaintiff(s) Stephen Ancier

By: _____
Andrew Cary,
Assistant United States Attorney

2