PAUL J. FISHMAN
United States Attorney
BY: ANDREW CAREY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2700

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Dennis M. Cavanaugh |
| *Plaintiff,* | : | Criminal No. 09-201 (DMC) |
| v. | : | **FINAL ORDER OF FORFEITURE** |
| STEPHEN ANCIER | : | |
| *Defendant.* | : | |

WHEREAS, on March 3, 2009, the defendant, Stephen Ancier entered into a Plea Agreement with the United States in which the Defendant agreed that $465,955 in United States currency was involved in the controlled substance offense for which he has been convicted; and

WHEREAS, the United States has filed a Motion for Entry of Final Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $465,955 in United States currency; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Defendant, Stephen Ancier shall forfeit to the United States the sum of $465,955 in

United States currency pursuant to 21 U.S.C. § 853, for a violation of Title 21 United States Code, §§ 841 and 846.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, or before sentencing if the defendant consents, and shall be made part of the sentence and included in the judgment; and

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $465,955 in United States currency to satisfy the money judgment in whole or in part.

SO ORDERED:

Dated: 3/29/10

HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE